DLA PIPER LLP (US)
Edward D. Totino (Bar No. 169237)
edward.totino@dlapiper.com
2000 Avenue of the Stars, Suite 400
Los Angeles, California 90067
Telephone:   (310) 595-3000
Facsimile:   (310) 595-3300

DLA PIPER LLP (US)
Amanda C. Fitzsimmons (Bar No. 258888)
amanda.fitzsimmons@dlapiper.com
401 B Street, Suite 1700
San Diego, California 92101
Telephone:   (619) 699-2700
Facsimile:   (619) 699-2701

JENNER & BLOCK LLP
Amy M. Gallegos (Bar No. 211379)
Andrew G. Sullivan (Bar No. 301122)
agallegos@jenner.com
agsullivan@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone:   (213) 239-5100
Facsimile:   (213) 239-5199

Attorneys for Defendant
Encore Capital Group, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HARTRANFT, on Behalf of Himself and on Behalf of a Class of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE CAPITAL GROUP, INC., and DOES 1-100,<br><br>Defendants. | Civil No. 3:18-cv-01187-BEN-RBB<br><br>**ENCORE CAPITAL GROUP, INC.'S NOTICE OF RELATED ACTION**<br><br>**[Local Rule 40.1(f)]**<br><br>Hon. Roger T. Benitez |

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 40.1(f), that this case is related to the following Multidistrict Litigation ("MDL") currently pending in the United States District Court for the Southern District of California:

- *In re: Midland Credit Management, Inc., Telephone Consumer Protection Act Litigation*, Case No. 11-md-2286-MMA-MDD.

The MDL, pending before the Honorable Michael M. Anello, was created by the Judicial Panel on Multidistrict Litigation in October 2011 due to the pendency of multiple overlapping lawsuits alleging that Defendants Encore Capital Group, Inc. ("Encore"), and/or Midland Funding, LLC, and Midland Credit Management, Inc. (collectively, "Midland") violated the Telephone Consumer Protection Act ("TCPA") by placing debt-collection calls to the plaintiffs' cellular phones using an automatic telephone dialing system. *In re Midland Credit Mgmt., Inc., Tel. Consumer Prot. Act Litig.*, 818 F. Supp. 2d 1377, 1377-78 (J.P.M.L. 2011). There are currently approximately 200 active cases in the MDL, all of which are TCPA lawsuits against Midland and/or Encore.

In the Consolidated Amended Complaint in the MDL, Lead Plaintiffs allege that Midland and Encore violated the TCPA by placing calls to their cellular phones using an automatic telephone dialing system. MDL Dkt. No. 538 at ¶¶ 60-94. Lead Plaintiffs seek to represent a putative class consisting of consumers allegedly called by the defendants on or after September 1, 2014. *Id.* at ¶ 112. In the *Hartranft* action, Plaintiff Sean Hartranft alleges that Encore violated the TCPA by placing calls to his cell phone via an automatic telephone dialing system. Hartranft Dkt. No. 3 at ¶¶ 15-26, 38-45. Hartranft seeks to represent a putative class consisting of consumers allegedly called by the Defendant Encore between June 6, 2014 and June 6, 2018. *Id*. at ¶ 26.

Hartranft's complaint and the MDL involve a common defendant (Encore). Additionally, Hartranft has asserted the same TCPA claims, based on the same alleged facts and legal theories, that are currently being litigated in the MDL. Moreover,

Hartranft's complaint is a class action in which the putative class overlaps substantially with the putative class in the lead action in the MDL. Hartranft's putative class also includes consumers who are bound by a class settlement approved by Judge Anello in the MDL, which settlement related to calls allegedly placed by Midland and/or Encore between November 2, 2006 and August 31, 2014. MDL Dkt. No. 434. For these reasons, the *Hartranft* action is "related" to the MDL, as defined by Local Rule 40.1(g).

Encore filed an answer to Hartranft's complaint on July 10, 2018. Hartranft Dkt. No. 4.

Encore respectfully requests that the *Hartranft* action be transferred to Judge Anello for coordination with the MDL proceedings, where common discovery on all of the plaintiffs' TCPA claims is being overseen by Judge Dembin. The assignment of this matter to Judge Anello is appropriate as it will conserve judicial resources, prevent duplication of work, and will mitigate the risk of inconsistent rulings.

Dated: July 10, 2018                                JENNER & BLOCK LLP

/s/ Amy M. Gallegos
Amy M. Gallegos
agallegos@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone:  (213) 239-2208
Fax:             (213) 239-5199

Attorney for Defendant
Encore Capital Group, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2018, I electronically filed a Notice of Related Action with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 10, 2018.

/s/ Amy M. Gallegos