

FILED
JUL 19 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HARTRANFT, on behalf of himself and on behalf of a Class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE CAPITAL GROUP, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-01187-BEN-RBB<br><br>**ORDER DENYING MOTION TO DISMISS OR STAY PROCEEDINGS PURSUANT TO THE FIRST-TO-FILE RULE**<br><br>[Doc. No. 13.] |

The Defendant, Encore Capital Group, Inc. ("Defendant") filed a motion to dismiss the First Amended Complaint ("FAC"). (Doc. No. 13.) Subsequently, this Court granted the parties joint motion (Doc. No. 18) to file a Second Amended Complaint ("SAC") (Doc. No. 20).

The filing of a SAC supersedes the FAC and renders it a nullity. Therefore, a motion to dismiss targeted at the FAC, which is no longer in effect, is moot. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Accordingly, the Defendants' motion is **DENIED as moot**.

IT IS SO ORDERED.

Dated: July /8, 2019

Hon. Roger T. Benitez
United States District Judge