RICHARD E. QUINTILONE II (SBN 200995)
ANDREW H. HAAS (SBN 276143)
ALEJANDRO QUINONES (SBN 324244)
**QUINTILONE & ASSOCIATES**
22974 El Toro Road, Suite 100
Lake Forest, CA 92630
Telephone: (949) 458-9675
Facsimile:  (949) 458-9679
E-Mail: req@quintlaw.com; ahh@quintlaw.com; axq@quintlaw.com

Attorneys for Plaintiff, SEAN HARTRANFT on behalf of himself and on behalf of a Class of all other persons similarly situated.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HARTRANFT, on behalf of herself and on behalf of a Class of all other persons similarly situated<br><br>    Plaintiff,<br><br>  vs.<br><br>ENCORE CAPITAL GROUP, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | **Case No.: 3:18-cv-01187-BEN-RBB**<br>**CLASS ACTION**<br>**Assigned For All Purposes To:**<br>**Judge Roger T. Benitez**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING APPEAL OF MOTION TO INTERVEN IN *MDL* MATTER**<br><br>**Date: February 10, 2020**<br>**Time: 10:30 AM**<br>**Courtroom: 5A**<br><br>Complaint Filed: June 6, 2018<br>FAC Filed: June 18, 2018<br>SAC Filed: November 30, 2018 |

-1-

[PROPOSED] ORDER

# [PROPOSED] ORDER

The Court hereby GRANTS Plaintiff's Motion to Stay the immediate action and proceedings until a full resolution is reached in United States Court of Appeals for the Ninth Circuit Case No. 19-56390, *In re: Sean Hartranft v. Midland Funding, LLC*.

_____
Roger T. Benitez
United States District Court Judge

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **January 7, 2020**, I served the foregoing document(s):

## [Proposed] Order

on the following parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

_____   *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____   *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

_____   *(BY PERSONAL SERVICE)* I caused a true and correct copy of each document to be personally served upon Defendant's agent for Service of Process listed on the service list below.

\_\_\_X\_\_   *(BY E-MAIL)* I caused a true and correct copy of each document to be delivered by Electronic Mail through the Court's ECF System.

Executed on **January 7, 2020** at Lake Forest, California.

\_\_\_X\_\_\_\_   (**FEDERAL**) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____   (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
ANDREW H. HAAS

-2-

## SERVICE LIST

| | |
|---|---|
| DLA PIPER LLP (US) | Attorneys for Defendant |
| Edward D. Totino (Bar No. 169237) | Encore Capital Group, Inc. |
| edward.totino@dlapiper.com | |
| 2000 Avenue of the Stars, Suite 400 | |
| Los Angeles, California 90067 | |
| Telephone: (310) 595-3000 | |
| Facsimile: (310) 595-3300 | |

DLA PIPER LLP (US)
Amanda C. Fitzsimmons (Bar No. 258888)
amanda.fitzsimmons@dlapiper.com
401 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

JENNER & BLOCK LLP
Amy M. Gallegos (Bar No. 211379)
Andrew G. Sullivan (Bar No. 301122)
agallegos@jenner.com
agsullivan@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199