

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean Hartranft, on Behalf of Himself and on Behalf of a Class of All Other Persons Similarly Situated<br><br>**Plaintiff,**<br><br>V.<br><br>Encore Capital Group, Inc., a Delaware Corporation<br><br>**Defendant.** | Civil Action No. 18-cv-01187-BEN-RBB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants Motion to Compel Arbitration is granted. Defendants Motion to Dismiss is granted with prejudice. Defendants Motion to Strike is denied as moot. Defendants Motion to Stay is denied as moot. Plaintiffs Evidentiary Objections are overruled.

Date:  6/17/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen
J. Petersen, Deputy